# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-11037

_____

MACHELLE JOSEPH,

                                                          Plaintiff-Appellant,

*versus*

BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA,
GEORGIA TECH ATHLETIC ASSOCIATION,

                                                          Defendants-Appellees,

GEORGE P. PETERSON, et al.,

                                                           Defendants.

_____

2                        Order of the Court                        23-11037

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:20-cv-00502-VMC

_____

_____

No. 23-12475

_____

THOMAS CROWTHER,

                                                       Plaintiff-Appellee,

*versus*

BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA,

                                                       Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:21-cv-04000-VMC

_____

ORDER:

A judge of this Court withholds issuance of the mandate in these appeals.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION